United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

APL CO PTE. LTD.,

    Plaintiff,

    v.

DOW CHEMICAL COMPANY, et al.,

    Defendants.

Case No. 3:15-cv-02724-LB

**SCHEDULING ORDER**

The court issues this revised schedule. As discussed at the hearing, the parties may adjust the discovery dates by stipulation. The point of the next case-management conference is to set up a reasonable discovery plan and build in an ADR option before full-blown depositions (especially depositions in India). There is plenty of room in the schedule with an August trial date.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated joint case-management-conference statement | 8/11/2016 |
| Further case-management conference | 8/18/2016 at 11:00 a.m. |
| Non-expert discovery completion date | 1/4/2017 |
| Expert disclosures required by Federal Rules of Civil Procedure | 1/4/2017 |
| Rebuttal expert disclosures | 1/19/2017 |

CASE-MANAGEMENT AND PRETRIAL ORDER
3:15-cv-02724-LB

| Expert discovery completion date | 2/23/2017 |
|---|---|
| Last hearing date for dispositive motions and/or further case-management conference | 4/27/2017 at 9:30 a.m. |
| Meet and confer re pretrial filings | 6/27/2017 |
| Pretrial filings due | 7/6/2017 |
| Oppositions, objections, exhibits, and depo designations due | 7/13/2017 |
| Final pretrial conference | 7/27/2017 at 1:00 p.m. |
| Trial | 8/7/2017 at 8:30 a.m. |
| Length of trial | 2 days |

**IT IS SO ORDERED**.

Date:  July 1, 2016

_____
LAUREL BEELER
United States Magistrate Judge

CASE-MANAGEMENT AND PRETRIAL ORDER
3:15-cv-02724-LB

2