# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| APL CO PTE. LTD., | Case No. 15-cv-02724-LB |
| Plaintiff, | |
| v. | |
| DOW CHEMICAL COMPANY, et al., | ORDER OF CONDITIONAL DISMISSAL |
| Defendants. | Re: ECF No. 59 |

Given the parties' settlement of their case, the court orders that the case be dismissed without prejudice. If any party certifies to the court within **120** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice. (This is 60 days more than the parties' proposed timeline, so it should be sufficient.)

**IT IS SO ORDERED.**

Dated: October 27, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 15-cv-02724-LB)